```
                IN THE UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF ARKANSAS
                         WESTERN DIVISION
```

SHERRY HAMMONDS
  on behalf of I.D.H.                                    Plaintiff

v.                              4:10CV01185 JTK

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                  Defendant

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 27th day of October, 2011.

_____
UNITED STATES MAGISTRATE JUDGE